No. 75-606. CONLISK, SUPERINTENDENT OF POLICE, ET AL. v. CALVIN ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for fur-

ther consideration in light of *Rizzo* v. *Goode,* 423 U. S. 362 (1976).